AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__ DISTRICT OF __ MASSACHUSETTS __

UNITED STATES OF AMERICA
V.
STEPHEN BRUM

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1788-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 8, 2004__ in __Bristol__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, possess in and affecting commerce ammunition, to wit, various rounds of 9mm ammunition

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am a(n) __Special Agent, ATF__ and that this complaint is based on the following
Official Title

facts:

See attached affidavit of Sheila M. O'Hara

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☐ No

_Sheil M O'H___
Signature of Complainant

Sworn to before me and subscribed in my presence,

06-22-2004   at   Boston, Massachusetts
Date                          City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_signature_
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.