UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Bristol County Jail and House of Correction, 400 Faunce Corner Road, Dartmouth, MA 02747

YOU ARE COMMANDED to have the body of   Stephen Brum   now in your custody, before the United States District Court for the District of Massachusetts, John Joseph Moakley Courthouse, Courtroom  No.  16  , on the 5TH floor, Boston, Massachusetts on    June 28, 2004   , at  12:00    P. M. for the purpose of an Initial Appearance

in the case of       UNITED STATES OF 03-10392 AMERICA V.   Stephen Brum

MJ Number   04-1788-CBS

And you are to retain the body of said   Stepphen Brum   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said     Stephen Brum   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this  25th    day of    June    , 2004.


 Charles B. Swartwood, III
UNITED STATES MAGISTRATE JUDGE

TONY ANASTAS, CLERK

By: /s/ Lisa B. Roland
SEAL          Lisa B. Roland (617) 748-4446
                               (508) 929-9905
          Deputy Clerk

(Habcorp.wrt - 10/96)                                                                                              [kwhcap.] or
                                                                                                                              [kwhcat.]