AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

STEPHEN BRUM

**WARRANT FOR ARREST**

CASE NUMBER: 04-1788-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Stephen Brum
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| Indictment | Information | [ ] Complaint | [ ] Order of court | Violation Notice | [ ] Probation Violation Petition |

charging him or her with (brief description of offense)
being a felon in possession of ammunition

in violation of
Title  18  United States Code, Section(s)  922(g)(1)

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

6-22-04 @ Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                          Name of Judicial Officer

---

**RETURN**

This warrant was received and executed WARRANT EXECUTED with the above-named defendant at
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  6/28/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.